UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 07/29/2021
```

JESUS SERGIO VAZQUEZ AVILA,
RAMON JORGE CARDOZO, and
RODOLFO CISNEROS RUIZ, *on behalf of themselves and all others similarly situated*,

        Plaintiffs,

v.

DEROSA SPORTS CONSTRUCTION INC.
and MATTHEW DEROSA,

        Defendants.

No. 21-CV-1014 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Defendants have yet to appear in this action. No later than August 11, 2021, Plaintiffs shall provide the Court with a status update, advising whether they intend to move for default judgment, and if so, proposing a date by which they will do so.

SO ORDERED.

Dated:    July 29, 2021
            New York, New York

                                          Ronnie Abrams
                                          United States District Judge